UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
-------------------------------------------------------
:
CATHERINE MCCALPINE,                        :
                                            :   CASE NO. 1:13-CV-00599
            Plaintiff,                      :
                                            :
v.                                          :   OPINION & ORDER
                                            :   [Resolving Docs. 1 and 15]
COMMISSIONER OF SOCIAL                      :
SECURITY,                                   :
                                            :
            Defendant.                      :
-------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

On April 16, 2014, Magistrate Judge James R. Knepp II recommended that the Court affirm the Commissioner of Social Security's denial of supplemental security income to Plaintiff Catherine McCalpine.[1/] Plaintiff McCalpine has not filed an objection to the Report and Recommendation. The Court **ADOPTS** the Magistrate Judge's Report and Recommendation and **AFFIRMS** the Commissioner's decision.

The Federal Magistrates Act requires a district court to conduct a *de novo* review only of those portions of a Report and Recommendation to which the parties have made an objection.[2/] Parties must file any objections to a Report and Recommendation within fourteen days of service.[3/] Failure to object within that time waives a party's right to appeal the Magistrate Judge's

---

[1/] Doc. 15.
[2/] 28 U.S.C. § 636(b)(1).
[3/] Fed. R. Civ. P. 72(a).

Case No. 1:13-CV-00599
Gwin, J.

recommendation.[4/] Absent objection, a district court may adopt the Magistrate Judge's report without review.[5/] Moreover, having conducted its own review of the complaint[6/] and briefing,[7/] this Court agrees with the conclusions of the Magistrate Judge.

Accordingly, the Court **ADOPTS** in whole Magistrate Judge Knepp's findings of fact and conclusions of law and incorporates them fully herein by reference. The Court **AFFIRMS** the Commissioner's denial of supplemental security income.

IT IS SO ORDERED.


Dated: May 14, 2014                                   s/         *James S. Gwin*
                                                      JAMES S. GWIN
                                                      UNITED STATES DISTRICT JUDGE

---

[4/]*Id.*; see *Thomas v. Arn*, 474 U.S. 140, 145 (1985); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

[5/]*Thomas*, 474 U.S. at 149.

[6/]Doc. 1.

[7/]Doc. 13 (Plaintiff's brief); Doc. 14 (Commissioner's brief).